# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TIMOTHY D. WRIGHT, :

        Petitioner,         Case No. 3:02-cv-63

- vs -         District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,

        Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 63), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion (ECF No. 62) for Relief from the Court's Order of August 29, 2017 (ECF No. 61), denying Petitioner's prior Motion to Reopen Judgment (ECF No. 56) is DENIED. This case remains terminated on the docket.

October 6, 2017         *s/Thomas M. Rose
        Thomas M. Rose
        United States District Judge